JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** D. Mass.   **Category No.** II   **Investigating Agency** FBI

**City** Natick

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 20-CR-10263-PBS   ☑ Yes ☐ No

**Defendant Name** eBay Inc.

Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**

**Address:** 2025 Hamilton Avenue San Jose, California 95125

**Birth date (Yr only):** N/A   **SSN (last 4#):** N/A   **Sex:** N/A   **Race** N/A   **Nationality:** N/A

**Defense Counsel if known:** Jack Pirozzolo, Esq.   **Address:** 60 State Street, 36th Floor

**Bar Number:** _____   Boston, MA 02109

**U.S. Attorney Information**

**AUSA:** Seth B. Kosto   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   **List language and/or dialect:** _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** N/A

**Arrest Date:** N/A

☐ Already in Federal Custody as of N/A in _____.
☐ Already in State Custody at N/A   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: N/A   on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/11/2024   **Signature of AUSA:** SETH KOSTO   Digitally signed by SETH KOSTO Date: 2024.01.09 10:48:11 -05'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   eBay Inc.

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2261A(1)(B) | Stalking through Interstate Travel | 1, 2 |
| Set 2 | 18 U.S.C. § 2261A(2)(B) | Stalking through Electronic Communications Services | 3, 4 |
| Set 3 | 18 U.S.C. § 1512(b)(3) | Witness Tampering | 5 |
| Set 4 | 18 U.S.C. § 1519 | Destruction or Alteration of Records | 6 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

The Information is filed with a Deferred Prosecution Agreement between the government and the defendant.