**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
v.                                  )   Criminal Action
                                    )   No. 24-cr-10003-PBS
EBAY INC.,                          )
                                    )
            Defendant.              )
_____)
```

**ORDER OF ADMINISTRATIVE CLOSING**

Saris, D.J.

On January 11, 2024, the Court was advised that the United States Attorney's Office for the District of Massachusetts and Defendant eBay Inc. entered into a deferred prosecution agreement. See Dkt. 3. It is hereby **ORDERED** that the above-entitled action is closed administratively without prejudice to the right of any party to restore it to the active docket.

By the Court,

Robert Farrell, Clerk

7/17/2024                          /s/ Clarilde Karasek
Date                               Deputy Clerk